AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Crenshaw, Waverly D. | 2. Court or Organization<br><br>US District Court of Middle Tennessee | 3. Date of Report<br><br>05/19/2017 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b.  ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
|---|---|---|

**7. Chambers or Office Address**

801 Broadway
Room A-845
Nashville, TN 37203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board of Trustee | Nashville School of Law |
| 2.  Board Member | Tennessee Supreme Court Historical Society, Inc. |
| 3.  Life Member | NAACP |
| 4.  Fellow | American Bar Foundation |
| 5.  Fellow | Nashville Bar Foundation |
| 6.  Fellow | Tennessee Bar Foundation |
| 7.  Fellow | Napier-Looby Bar Foundation |
| 8.  Member | Belle Meade Country Club |
| 9.  Executor of Estate | Betty Nixon |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Waverly D. | 05/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Waverly D. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage (H) | | | | | | | | | |
| 2. Federated Capital Reserve | A | Dividend | N | T | | | | | |
| 3. Blackstone/GSO Strategic | D | Dividend | M | T | | | | | |
| 4. Brandes Emerging Mkts Value | B | Dividend | M | T | Buy | 01/07/16 | M | | |
| 5. Capital Income Builder Fund Class A | A | Dividend | K | T | Buy | 12/09/16 | K | | |
| 6. Capital Income Builder Fund Class C | A | Dividend | K | T | Buy | 12/09/16 | K | | |
| 7. Davis Appreciation & Income Fund Class C | A | Dividend | M | T | Buy | 12/05/16 | M | | |
| 8. Davis Appreciation & Income Fund Class C | | None | | | Sold | 01/07/16 | L | | |
| 9. Fidelity Advisor Strategic Income Fund Class C | D | Dividend | N | T | Buy | 01/07/16 | M | | |
| 10. Fidelity Advisor Strategic Income Fund Class C | | None | | | Buy | 06/14/16 | L | | |
| 11. Fidelity Advisor Stock Selector All Cap Fund Class C | | None | N | T | Buy | 12/05/16 | N | | |
| 12. Fidelity Advisor New Insights Fund Class A | D | Dividend | M | T | Buy | 01/07/16 | M | | |
| 13. Fidelity Advisor New Insights Fund Class C | C | Dividend | L | T | | | | | |
| 14. Fundamental Investors Class C | D | Dividend | M | T | | | | | |
| 15. The Growth Fund of America Class C | C | Dividend | K | T | Buy | 02/09/16 | L | | |
| 16. The Growth Fund of America Class C | | None | | | Sold (part) | 12/09/16 | K | D | |
| 17. Nuveen Municipal Income Fund Inc | A | Dividend | L | T | Buy | 12/09/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Waverly D. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Nuveen Municipal Income Fund Inc | | None | | | Sold | 01/13/16 | L | C | |
| 19.  Pimco All Asset Fund Class C | D | Dividend | N | T | Buy | 02/09/16 | M | | |
| 20.  Pimco All Asset Fund Class C | | None | | | Buy | 06/14/16 | M | | |
| 21.  Pimco Muni Income Fund II | B | Dividend | K | T | Buy | 12/09/16 | K | | |
| 22.  Pimco Muni Income Fund II | | None | | | Sold | 05/19/16 | L | D | |
| 23.  Pimco Income Fund Class C | D | Dividend | N | T | Sold (part) | 02/09/16 | L | | |
| 24.  Pimco Commodities Plus Strategy Fund Class C | | None | L | T | Buy | 06/29/16 | L | | |
| 25.  Pimco Commodities Plus Strategy Fund Class C | | None | | | Buy | 09/13/16 | K | | |
| 26.  Small Cap World Fund Class C | A | Dividend | M | T | Buy (add'l) | 06/14/16 | L | | |
| 27.  ALPS ETF TR Alerian MLP ETF | A | Dividend | K | T | | | | | |
| 28.  Localshares Invt TR Nashville Area ETF | A | Dividend | K | T | | | | | |
| 29.  Select Sector SPDR TR Energy | A | Dividend | K | T | | | | | |
| 30.  Brandes International Small Cap Equity | | None | | | Sold | 01/07/16 | M | | |
| 31.  Davis New York Venture Class C | D | Dividend | | | Buy | 01/07/16 | M | | |
| 32.  Davis New York Venture Class C | | None | | | Buy (add'l) | 07/05/16 | J | | |
| 33.  Davis New York Venture Class C | | None | | | Sold | 12/05/16 | M | E | |
| 34.  Fidelity Advisor Growth Opportunities | C | Dividend | | | Buy | 01/07/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Waverly D. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Fidelity Advisor Growth Opportunities | | None | | | Buy | 01/11/16 | J | | |
| 36. Fidelity Advisor Growth Opportunities | | None | | | Sold | 12/05/16 | N | D | |
| 37. Fidelity Advisor Investment Grade Bond Fund Class C | A | Dividend | | | Sold | 01/07/16 | M | | |
| 38. Ishares TR US Oil Eqpt & Svcs | A | Dividend | | | Buy | 05/23/16 | K | | |
| 39. Ishares TR US Oil Eqpt & Svcs | | None | | | Buy (add'l) | 06/29/16 | J | | |
| 40. Ishares TR US Oil Eqpt & Svcs | | None | | | Buy (add'l) | 10/05/16 | J | | |
| 41. Ishares TR US Oil Eqpt & Svcs | | None | | | Sold | 12/02/16 | K | C | |
| 42. Washington Mutual Investors Fund Class A | A | Dividend | | | Buy (add'l) | 03/21/16 | J | | |
| 43. Washington Mutual Investors Fund Class A | | None | | | Buy (add'l) | 06/20/16 | J | | |
| 44. Washington Mutual Investors Fund Class A | | None | | | Buy (add'l) | 09/19/16 | J | | |
| 45. Washington Mutual Investors Fund Class A | | None | | | Sold | 12/09/16 | J | A | |
| 46. Nuveen Municipal Value Fund | C | Dividend | | | Sold | 12/09/16 | M | | |
| 47. Fidelity Advisor Mega Cap Stock Fund Class A | | None | | | Sold | 01/07/16 | K | | |
| 48. Fidelity Advisor Mega Cap Stock Fund Class C | | None | | | Sold | 01/07/16 | N | | |
| 49. Traditional IRA (H) | | | | | | | | | |
| 50. Pershing Government Account | | None | J | T | | | | | |
| 51. Brandes Emerging Mkts Value Fund Class C | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Waverly D. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Davis New York Venture Class A | C | Dividend | L | T | | | | | |
| 53. Davis New York Venture Class C | D | Dividend | M | T | | | | | |
| 54. Europacific Growth Fund Class A | A | Dividend | L | T | | | | | |
| 55. Europacific Growth Fund Class C | | None | K | T | Buy | 06/02/16 | K | | |
| 56. Fidelity Advisor Strategic Income fund Class C | B | Dividend | M | T | Buy | 06/02/16 | K | | |
| 57. Fidelity Advisor Growth Opportunities Fund Class C | E | Dividend | M | T | | | | | |
| 58. Fidelity Advisor International Discovery Fund Class A | A | Dividend | K | T | | | | | |
| 59. Fidelity Advisor New Insights Fund Class T | C | Dividend | L | T | | | | | |
| 60. Fidelity Advisor New Insights Fund Class C | C | Dividend | L | T | | | | | |
| 61. Fundamental Investors Class C | B | Dividend | K | T | Buy | 06/02/16 | K | | |
| 62. The Growth Fund of America Class C | C | Dividend | K | T | Buy | 06/02/16 | K | | |
| 63. Pimco Total Return Class C | A | Dividend | K | T | Buy | 09/14/16 | L | | |
| 64. Pimco All Asset Fund Class C | C | Dividend | M | T | Buy | 06/02/16 | L | | |
| 65. Pimco All Asset Fund Class A | A | Dividend | J | T | | | | | |
| 66. Pimco Income Fund Class C | C | Dividend | M | T | Buy | 06/02/16 | L | | |
| 67. Washington Mutual Investors Fund Class C | B | Dividend | K | T | Buy | 06/02/16 | K | | |
| 68. ROTH Ira (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Waverly D. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Pershing Government Account | | None | J | T | | | | | |
| 70. Europacitic Growth Fund Class F-2 | A | Dividend | J | T | Buy | 08/01/16 | K | | |
| 71. Fidelity Advisor Strategic Income Fund Class I | A | Dividend | K | T | Buy | 08/01/16 | K | | |
| 72. Fidelity Advisor New Insights Fund Class I | B | Dividend | K | T | Buy | 08/01/16 | K | | |
| 73. Fundamental Investors Class F-2 | A | Dividend | K | T | Buy | 08/01/16 | K | | |
| 74. The Growth Fund of America | B | Dividend | K | T | Buy | 08/01/16 | K | | |
| 75. New World Fund Class F-2 | A | Dividend | J | T | Buy | 08/01/16 | J | | |
| 76. Pimco All Asset Fund Institutional Class | A | Dividend | K | T | Buy | 08/02/16 | K | | |
| 77. Pimco Income Fund Institutional Class | A | Dividend | K | T | Buy | 08/01/16 | K | | |
| 78. Washington Mutual Investors Fund Class F-2 | B | Dividend | K | T | Buy | 08/01/16 | K | | |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Waverly D. | 05/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Waverly D. Crenshaw, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544